FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR - 9 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| RAYMOND GONZALEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GARY PENROD, SAN BERNARDINO SHERIFF, et al.,<br><br>　　　　Defendants. | Case No.  EDCV 07-1463-DOC (MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the complaint, the motion for summary judgment, and all of the records and files herein and has conducted a de novo review of that portion of the Report and Recommendation of the United States Magistrate Judge to which objections were filed. The Court accepts and adopts the findings and recommendations of the United States Magistrate Judge in the Report and Recommendation and orders the action be dismissed without prejudice.

Dated: April 9, 2009

　　　　　　　　　　　　　　　　　　_David O. Carter_
　　　　　　　　　　　　　　　　　　David O. Carter
　　　　　　　　　　　　　　　　　　United States District Judge