JS-6/ENTER

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| RAYMOND GONZALEZ, | Case No. EDCV 07-1463-DOC (MLG) |
| Plaintiff, | JUDGMENT |
| v. | |
| GARY PENROD, SAN BERNARDINO SHERIFF, et al., | |
| Defendants. | |

IT IS ADJUDGED that the action herein is dismissed without prejudice.

Dated: April 9, 2009

David O. Carter
United States District Judge